■ In the Matter of the Claim of VERONICA R. BARRY, Appellant. JOHN F. HUDACS, as Commissioner of Labor, Respondent. [605 NYS2d 526] —Appeal from a decision of the Unemployment Insurance Appeal Board, filed August 25, 1992, which ruled that claimant was disqualified from receiving unemployment insurance benefits because her employment was terminated due to misconduct.

Claimant was employed as an administrative assistant. The employer's request that claimant take her lunch hour only between 12:00 P.M. and 1:00 P.M. was reasonable and her refusal to do so constituted misconduct. We therefore find that substantial evidence supports the Board's finding.

Weiss, P. J., Cardona, White, Mahoney and Casey, JJ., concur. Ordered that the decision is affirmed, without costs.

■ In the Matter of the Claim of ANTHONY P. AMBROSIO, Appellant. JOHN F. HUDACS, as Commissioner of Labor, Respondent. [608 NYS2d 120] —Appeal from a decision of the Unemployment Insurance Appeal Board, filed July 14, 1992, which ruled that claimant was disqualified from receiving unemployment insurance benefits because his employment was terminated due to misconduct.

The record contains substantial evidence to support the Board's determination that claimant was discharged for misconduct because he threatened a co-worker. While claimant's version of this event differed from the testimony of his employer's witnesses, it was for the Board to resolve all credibility issues.

Mikoll, J. P., Yesawich Jr., Mercure, Crew III and Cardona, JJ., concur. Ordered that the decision is affirmed, without costs.